| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Raj V. Abhyanker (SBN 233284)<br>LEGALFORCE RAPC WORLDWIDE, P.C.<br>1580 W. EL CAMINO REAL, SUITE 10<br>MOUNTAIN VIEW, CA 94040<br>   *Telephone No:*  (650) 965-8731<br><br>   *Attorney For:*  Difusion 11700 | **For Court Use Only** |

*Ref. No. or File No.:*
DIFUSION 11700 V. COMERCIALIZADORA

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:*  DIFUSION 11700
*Defendant:*  COMERCIALIZADORA VNA, S.A. DE C.V.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:25-cv-06215 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; STANDING ORDER FOR CIVIL CASES BEFORE DISTRICT JUDGE ARACELI MARTÍNEZ-OLGUÍN; STANDING ORDER FOR PATENT CASES BEFORE JUDGE EUMI K. LEE; ADR LOCAL RULES

3. a. Party served:       Comercializadora VNA, S.A. de C.V.
   b. Person served:     UNABLE TO ASCERTAIN AGENT FOR SERVICE OF PROCESS.

4. Address where the party was served:   218 Northwest 25th Street, Miami, FL 33127

5. I served the party:
   a. **by substituted service.**   On: Wed, Aug 06 2025 at: 08:00 PM by leaving the copies with or in the presence of:
   Juan Losa, Manager.

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>Raj V. Abhyanker (SBN 233284)<br>LEGALFORCE RAPC WORLDWIDE, P.C.<br>1580 W. EL CAMINO REAL, SUITE 10<br>MOUNTAIN VIEW, CA 94040<br>Telephone No: (650) 965-8731<br><br>Attorney For: Difusion 11700 | Ref. No. or File No.:<br>DIFUSION 11700 V.<br>COMERCIALIZADORA | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: DIFUSION 11700<br>Defendant: COMERCIALIZADORA VNA, S.A. DE C.V. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:25-cv-06215 |

**6. Person Who Served Papers:**
  a. Jorge Eusebio
  b. FIRST LEGAL
     1939 HARRISON STREET, SUITE 818
     OAKLAND, CA 94612
  c. (415) 626-3111

  d. *The Fee for Service was:* $243.96
  e. I am: Not A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/08/2025
(Date)                                                  (Signature)



PROOF OF SERVICE

13845161
(9129170)
Page 2 of 2

| Attorney or Party without Attorney:<br>Raj V. Abhyanker (SBN 233284)<br>LEGALFORCE RAPC WORLDWIDE, P.C.<br>1580 W. EL CAMINO REAL, SUITE 10<br>MOUNTAIN VIEW, CA 94040<br>Telephone No: (650) 965-8731<br><br>Attorney For: Difusion 11700 | | **For Court Use Only** |
|---|---|---|
| | Ref. No. or File No.:<br>DIFUSION 11700 V. COMERCIALIZADORA | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: DIFUSION 11700<br>Defendant: COMERCIALIZADORA VNA, S.A. DE C.V. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:25-cv-06215 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; STANDING ORDER FOR CIVIL CASES BEFORE DISTRICT JUDGE ARACELI MARTÍNEZ-OLGUÍN; STANDING ORDER FOR PATENT CASES BEFORE JUDGE EUMI K. LEE; ADR LOCAL RULES

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, Aug 7, 2025
   b. Place of Mailing: OAKLAND, CA 94612
   c. Addressed as follows: Comercializadora VNA, S.A. de C.V.
   218 Northwest 25th Street, Miami, FL 33127

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, Aug 7, 2025 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz
   **b. FIRST LEGAL**
   1939 HARRISON STREET, SUITE 818
   OAKLAND, CA 94612
   c. (415) 626-3111

   d. *The Fee* for Service was: $243.96
   e. I am: Not a Registered California Process Server

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

08/08/2025
(Date)                                           (Signature)



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY MAIL | 13845161<br>(9129170) |
|---|---|---|